# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CRYSTAL DEBERRY** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **EASTON HOSPITAL, et al.** | : | **NO. 17-1929** |

## ORDER

AND NOW, this 22nd day of May, 2017, upon consideration of plaintiff's motion to proceed *in forma pauperis* (ECF No. 3) and her *pro se* complaint, it is ORDERED that:

1. Leave to proceed *in forma pauperis* is GRANTED.

2. Plaintiff, Crystal Deberry, #17412, shall pay the full filing fee of $350 in installments, pursuant to 28 U.S.C. § 1915(b). Based on the financial information provided by plaintiff, she is not assessed an initial partial filing fee. In each month when the amount in plaintiff's inmate trust fund account exceeds $10.00, the Warden or other appropriate official shall forward payments to the Clerk of Court equaling 20% of the preceding month's income credited to plaintiff's inmate trust fund account until the fees are paid. Each payment shall reference the docket number for this case, Civil Action No. 17-1929. The Clerk of Court is directed to send a copy of this order to the Warden of the Northampton County Jail.

3. The complaint is DISMISSED with prejudice for the reasons discussed in the Court's memorandum.

4. The Clerk of Court shall CLOSE this case.

**BY THE COURT:**

*s/Thomas N. O'Neill, Jr.*

**THOMAS N. O'NEILL, JR., J.**